IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO RODRIGUEZ, MANUEL PADILLA, and CARMELO ACEVES GARCIA, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEY BOSCHMA, TERRY LYNN BOSCHMA, HENRY BOSCHMA MARITAL TRUST (sole beneficiary GRETA BOSCHMA) (dba "Boschma & Sons Dairy," "Wasco Dairy," and "Henry Boschma Dairy"),<br><br>Defendants.<br>_____/ | CASE NO. 1:09-cv-02044-LJO-JLT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

In lieu of a Joint Scheduling Report, Plaintiffs have filed a statement indicating that Defendants are not represented by counsel in this matter and, as a result, filing a Joint Scheduling Report is problematical. (Doc. 13). The Court notes that none of the Defendants has filed a responsive pleading in this matter and that the deadlines for each Defendant to do so have now elapsed. Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference set for Monday, June 7, 2010 at 9:00 a.m. is vacated and reset for Monday, August 2, 2010 at 9:00 a.m at 1200 Truxtun Avenue, Suite 120,

Bakersfield, CA before Magistrate Judge Jennifer L. Thurston;

2. The parties must file a Joint Scheduling Report no later than Monday, July 26, 2010;

3. Defendants must file a responsive pleading in this matter no later than June 28, 2010; and

4. If Defendants fail to respond by June 28, 2010, no later than July 7, 2010, Plaintiffs must apply for entry of a default judgment.

The parties are admonished that strict adherence to these deadlines is required and that failure to comply will result in the imposition of sanctions pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   **June 4, 2010**                                         **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE