# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO RODRIGUEZ, MANUEL PADILLA, and CARMELO ACEVES GARCIA, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEY BOSCHMA, TERRY LYNN BOSCHMA, HENRY BOSCHMA MARITAL TRUST (sole beneficiary GRETA BOSCHMA) (dba "Boschma & Sons Dairy," "Wasco Dairy," and "Henry Boschma Dairy"),<br><br>Defendants. | CASE NO. 1:09-cv-02044-LJO-JLT<br><br>PRELIMINARY SCHEDULING ORDER RE: CLASS ISSUES (Fed.R.Civ.P 16)<br><br>Discovery Deadlines:<br>   Initial Disclosures:  11/1/10<br>   Mid-Discovery Status Conference:<br>      1/13/11<br><br>Non-Dispositive Motion Deadlines:<br>   Filing:  4/22/11<br>   Hearing:  5/20/11<br><br>Rule 23 Motion Deadlines:<br>   Filing:  8/5/11<br>   Hearing:  9/13/11,<br>      8:30 a.m., Courtroom 4 |

**I.** **Date of Scheduling Conference**

September 13, 2010

**II.** **Appearances of Counsel**

Stanley Mallison appeared on behalf of Plaintiff.

Michael Carver appeared on behalf of Defendant, Henry Boschma Marital Trust.

Defendants Harvey Boscham, Terry Lynn Boschma, appeared pro se.

1

**III.     Class Related Discovery Plan and Cut-Off Date**

The parties are ordered to exchange the initial disclosures required by Fed .R. Civ. P. 26(a)(1) on or before November 1, 2010.  The provisions of Fed. R. Civ. P. 26(e) regarding a party's duty to timely supplement disclosures and responses to discovery requests will be strictly enforced.

The parties are ordered to engage in class-related discovery and they are ordered to complete all class-related discovery on or before April 15, 2011.  To the extent that class issues intertwine with substantive issues, the parties are ordered to complete the discovery efficiently.  Therefore, for example, if a deposition is needed on class topics and substantive topics, the deposition will be comprehensive because it will be permitted to occur only one time, without further order of the Court.

A mid-discovery status conference is scheduled for January 13, 2011 before the Honorable Jennifer L. Thurston, U.S. Magistrate Judge, located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California , 93301.  A Joint Mid-Discovery Status Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the Conference, and shall be e-mailed, in WordPerfect or Word format, to jltorders@caed.uscourts.gov.  Counsel may appear by telephone, providing a written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five (5) court days before the noticed hearing date.  In the event that more than one attorney requests to appear by telephone then it shall be the obligation of the requesting part(ies) to arrange and originate a conference call to the court.

**IV.     Pre-Trial Motion Schedule**

All Class-related, Non-Dispositive Pre-Trial Motions, including any class-related discovery motions, shall be filed no later than April 22, 2011 and heard on or before May 20, 2011.  Non-dispositive motions are heard at 9:00 a.m., before the Honorable Jennifer L. Thurston, United States Magistrate Judge at the United States Bankruptcy Courtroom at 1300

2

18th Street, Bakersfield, California.

**Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.** No written discovery motions shall be filed without the prior approval of the assigned Magistrate Judge. A party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve the issues in dispute. If that good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge. It shall be the obligation of the moving party to arrange and originate the conference call to the court.  To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Alan Leon-Guerrero at (661) 326-6620.

Upon the Court's request, Counsel and/or the unrepresented litigants <u>jointly</u> shall supply the Magistrate Judge with the particular discovery materials (such as objectionable answers to interrogatories) that are needed to understand the dispute and/or a joint statement (not to exceed 2 pages per party) explaining each.

In scheduling such discovery motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 144(e).  However, if counsel does not obtain an order shortening time, the notice of motion *must* comply with Local Rule 251.

Counsel may appear and argue non-dispositive motions by telephone, providing a written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five (5) court days before the noticed hearing date.  In the event that more than one attorney requests to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and originate a conference call to the court.

### Class Certification Motion (Fed. R. Civ. P. 23)

The class certification motion, pursuant to Fed. R. Civ. P. 23, shall be filed no later than August 5, 2011 and heard no later than September 13, 2011, in Courtroom 4 at 8:30 a.m. before the Honorable Lawrence J. O'Neill, United States District Court Judge.

**V.      Effect of this Order**

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for this case.  If at any time, the parties determine that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **September 13, 2010**                             /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE